# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**09-18-00480-CV**
_____

**In Re Commitment of Ronnie James Curtis**

**On Appeal from the Criminal District Court
of Jefferson County, Texas
Trial Cause No. 1001-Y**

## ORDER

Appellant's counsel filed a motion to withdraw supported by a brief concluding that the instant appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel certified that counsel provided copies of the motion and brief to Appellant, advised Appellant of Appellant's right to examine the appellate record and file a pro se response, and supplied Appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014).

Appellant requested access to the appellate record with this Court. We hereby direct the clerk of the trial court to provide access to a paper copy of the

reporter's record and clerk's record to appellant, and to provide written verification to this Court of the date and manner in which the appellate record was provided, on or before **Friday, May 30, 2019**. *See id.*, 436 S.W.3d at 321-22.

ORDER ENTERED May 17, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.